UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL DISCOVERIES, LTD., a Nevada Limited Liability Company,<br><br>        Plaintiff,<br><br>        v.<br><br>REALTEC, LTD., a foreign corporation organized under the laws of the British Virgin Islands; ZAHRA GILAK, an individual; HASSAN IRAN POUY; UNITED STATES OF AMERICA,<br><br>        Defendants. | No. 12-cv-05186 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 8 |

Plaintiff filed this interpleader action on October 5, 2012. Dkt. No. 1. Previously, plaintiff asked the Court to continue the Initial Case Management Conference set for January 9, 2013 because of plaintiff's counsel's medical condition. Dkt. No. 4. Plaintiff stated that the continuance would allow time for service, and indicated that it intended to initiate the process of serving defendants ZAHRA GILAK and UNITED STATES OF AMERICA on January 7, 2013. Dkt. No. 4 at 3. The Court granted the requested continuance. Dkt. No. 5. As of March 5, 2013, none of the four defendants had been served with a summons and a copy of the complaint. Dkt. No. 8 at 3-4. Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 120 days after the

Case No. 12-cv-05186 NC
ORDER TO SHOW CAUSE

complaint is filed, the court may dismiss the action as to that defendant after notice to the plaintiff. More than 120 days have passed since plaintiff filed the complaint. Accordingly, at the Initial Case Management Conference set for Wednesday, March 13, 2013 at 3:00 p.m., plaintiff must show cause why this action should not be dismissed under Rule 4(m).

Plaintiff's request to continue the Initial Case Management Conference, Dkt. No. 8 at 5, is denied. Additionally, the Court denies plaintiff's request for an order permitting plaintiff's counsel to appear at the Initial Case Management Conference by telephone.

IT IS SO ORDERED.

Date: March 7, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge