UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL DISCOVERIES, LTD., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>REALTEC, LTD., a foreign corporation organized under the laws of the British Virgin Islands; ZAHRA GILAK, an individual; HASSAN IRAN POUY; UNITED STATES OF AMERICA,<br><br>Defendants. | No. 12-cv-05186 NC<br><br>**ORDER EXTENDING TIME FOR SERVICE** |

On March 14, 2013, the Court ordered plaintiff to file a status report showing cause why this interpleader action should not be dismissed for lack of federal subject matter jurisdiction and failure to deposit the interpleaded funds into the registry of the Court. Dkt. No. 11. On April 11, 2013, plaintiff timely filed a status report, requesting leave to file a First Amended Complaint to plead jurisdictional facts, and additional time to complete service. Dkt. No. 15. After considering plaintiff's report, the Court hereby orders as follows:

1.   The order to show cause is satisfied.

2.   The Court finds that, under Federal Rule of Civil Procedure 4(m), there is

Case No. 12-cv-05186 NC
ORDER EXTENDING TIME FOR
SERVICE

good cause to extend the time for service with 90 days from the date of this order.

3. Plaintiff must file the First Amended Complaint and deposit the interpleaded funds into the registry of the Court by April 26, 2013.

4. A further case management conference will be held on July 31, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement by July 24, 2013. The case management statement must include an updated report by plaintiff advising the Court of the status of service.

IT IS SO ORDERED.

Date: April 19, 2013

Nathanael M. Cousins
United States Magistrate Judge