UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLOBAL DISCOVERIES, LTD., a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>REALTEC, LTD., a foreign corporation organized under the laws of the British Virgin Islands; ZAHRA GILAK, an individual; HASSAN IRAN POUY; UNITED STATES OF AMERICA,<br><br>Defendants. | No. 12-cv-05186 NC<br><br>**ORDER TO SUBMIT FURTHER BRIEFING**<br><br>Re: Dkt. Nos. 25, 26 |

On August 13, 2013, the Court ordered Global to show cause why this statutory interpleader case should not be dismissed for lack of subject matter jurisdiction. Dkt. No. 25. On September 4, 2013, Global filed a response to the order to show cause, conceding that "it appears that there may be no 'minimal diversity' for a 28 U.S.C. Section 1335 interpleader case" and stating that it is "prepared to re-file the case in the Sonoma County Superior Court." Dkt. No. 26 at 2. Global indicated, however, that counsel for the defendant United States has taken the position that there may be federal jurisdiction. *Id.* at 2-3.

//

Case No. 12-cv-05186 NC
ORDER TO SUBMIT FURTHER BRIEFING

1  In the parties' joint case management statement due October 23, 2013, the United
2  States must provide the legal and factual basis for its belief that this Court has federal
3  subject matter jurisdiction over the current case.
4  IT IS SO ORDERED.
5  Date: October 7, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge