C. Daniel Carroll, Esq., SBN 105375
McCANN & CARROLL
54974 Oak Tree
La Quinta, California 92253
(760) 771-0780
(888) 771-0781 fax
cdc@DanCarrollLaw.com

Attorneys for Plaintiff GLOBAL DISCOVERIES, LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL DISCOVERIES, LTD., | CASE NO.:   3:12-cv-05186-NC |
| Plaintiff, | |
| v. | |
| REALTEC, LTD., a foreign corporation organized under the laws of the British Virgin Islands; ZAHRA GILAK, an individual; HASSAN IRAN POUY, an individual formerly known as HASSAN SENOU; UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**

# STIPULATION FOR DISMISSAL OF ACTION

**IT IS HEREBY STIPULATED** by and between Plaintiff GLOBAL DISCOVERIES, LTD. [hereinafter "GLOBAL"] and Defendant UNITED STATES OF AMERICA [hereinafter "the USA"], the only parties to appear in this interpleader action, as follows:

1. This interpleader action shall be dismissed without prejudice.

2. The sum of $319,066.56 which GLOBAL deposited with the Clerk of the Court on April 24, 2013, together with the interest which has accrued thereon, if any, shall be forthwith returned to GLOBAL in care if its counsel, C. Daniel Carroll, McCann & Carroll, 54974 Oak Tree, La Quinta, California 92253.

3. Costs are waived.

Dated: April 20, 2015

McCANN & CARROLL

By: _____
C. Daniel Carroll, Attorney for Plaintiff
GLOBAL DISCOVERIES, LTD.

Dated: April 29, 2015

MELINDA HAAG
United States Attorney

By: _____
STEPHANIE M. HINDS, Assistant United States Attorney, Attorneys for Defendant
UNITED STATES OF AMERICA

**ORDER FOR DISMISSAL OF ACTION**

The Court having read and considered the parties' Stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. This interpleader action is dismissed without prejudice.

2. The Clerk of the Court is ordered to return to Plaintiff GLOBAL DISCOVERIES, LTD. the sum of $319,066.56 which Plaintiff GLOBAL deposited with the Clerk of the Court on April 24, 2013, together with the interest which has accrued thereon, if any, to Plaintiff GLOBAL in care if its counsel, C. Daniel Carroll, McCann & Carroll, 54974 Oak Tree, La Quinta, California 92253.

3. Costs are waived.

Dated: _____April 29_____, 2015



GRANTED
Judge Nathanael M. Cousins

McCANN & CARROLL
54974 Oak Tree
La Quinta, California 92253
(760) 771-0780